# MEMORANDUM.

## WILLIAM PATTERSON

*vs.*

## ALICE PATTERSON.

*Divorce: cruelty; violence; abusive language no justification.*

To justify a divorce on the grounds of cruelty, the causes must be grave and weighty, and such as show an absolute impossibility for the duties of the married life to be discharged.

But the law does not require that there shall be many acts.

Where violence has been inflicted and threats made, the court should not hesitate to interfere, where the facts, when considered with the attitude of the defendant, make it clear that the violence will be repeated.

No abusive or reproachful words by a wife will justify the husband in assaulting and beating her.

*Decided February 10th, 1915.*

Appeal from the Circuit Court for Allegany County. In Equity. (HENDERSON, J.)

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*Charles G. Watson,* for the appellant.

No appearance for the appellee.

STOCKBRIDGE, J., delivered the opinion of the Court.